FILED
CLERK, U.S. DISTRICT COURT

AUG - 6 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE HAMILTON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>G. J. GIURBINO, Warden,<br><br>　　　　　Respondent. | NO. CV 08-4890-PA(CT)<br><br>JUDGMENT |

　　Pursuant to the concurrently filed Memorandum and Order, IT IS HEREBY ADJUDGED THAT the petition is denied and dismissed.

DATED: August 6, 2008

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE